IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION.

CASE NO: 3:09-bk-08393-PMG

JENNIFER H. BRADLEY,

Debtor.

FILED
JACKSONVILLE, FLORIDA
OCT 15 2009
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 Plan:

1. The future earnings of the Debtor is submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $2,032.53 per month for a period of thirty-six (36) months.

2. From the payments so received, the trustee shall make disbursements as follows:

   A. <u>Priority Claims.</u>

   1. The fees and expenses of the trustee shall be paid over the life of the plan at 10% as set by the United States Trustee.

   2. The Internal Revenue Service has no priority claim for taxes.

   B. <u>Secured Claims</u>

   1. U.S. Bank Home Mortgage, holds a First Mortgage on the Debtor's principal residence. The Trustee shall make the regular monthly payment of $1,399.00 over the life of the plan. The Debtor is currently in arrears on the house payment. The Total arrearage on the mortgage is $13,990.00. The Trustee shall pay this creditor $388.61 per month toward the arrearage to bring the mortgage payments current over the life of the plan.

   2. American General Auto Finance, has a claim on the Debtor's 1999 Dodge Durango automobile. The fair market value of the automobile is $1,500.00. The Trustee shall make regular monthly payments of $41.67 over the life of the plan in order to satisfy this creditor.

   C. <u>Unsecured Claims</u>.

   1. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been avoided and who timely file proofs of claim shall receive distribution pro-rata. The Trustee shall distribute $_0_ each month among those unsecured creditors whose claims are timely filed and allowed. If all unsecured creditors file claims, each will receive payments totaling _0_% of this claim.

   2. Any claim filed after 2-6-10 , shall not receive any distribution under this plan, unless specifically provided for above.

   3. The Debtor does not reject any executory contracts.

   4. Title to all property of the estate shall revest in the debtor upon confirmation of this plan.

Signed on this 10/14/09 day of October, 2009.

_____
Debtor