UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                            Case No. 3:09-bk-08393-PMG
                                     Chapter 13

Jennifer Hollywood Bradley

_____Debtor(s)_____/

## ORDER GRANTING EXTENSION OF TIME TO BRING INTERIM PAYMENTS CURRENT

Upon consideration of debtor's motion for extension of time to bring payments current, it is

ORDERED:

       1. Debtor's motion is GRANTED, to the following extent: Debtor(s) shall have until the first date set for the confirmation hearing to bring interim payments current. Debtors will continue to make regular interim payments as required. If debtor(s) default on any further interim payments, the Court may dismiss or re-convert the case on affidavit of Trustee without further notice or hearing.

       2. This order does not affect the due date or frequency of any adequate protection orders previously or hereafter entered.

Dated December 23, 2009.

_____
Chief Paul M. Glenn
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee