IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In Re:                                    CASE NO: 3:09-bk-08393-PMG
JENNIFER HOLLYWOOD BRADLEY

            Debtor.
_____/

## ORDER DENYING TRUSTEE'S MOTION TO DISMISS

Upon hearing, it is

ORDERED

The Trustee's Motion to Dismiss dated November 18, 2009 is denied.

DONE AND ORDERED December __29__, 2009 in Jacksonville, Florida.

                                                      _____
                                                      PAUL M. GLENN
                                                      Chief United States Bankruptcy Judge

Copies to:
All Interested Parties